■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVERY A. COWAN, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 7, 1978, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed, on constraint of *People v Lyles* (67 AD2d 837). Suozzi, J. P., Lazer, Shapiro and Cohalan, JJ., concur.